No. 364. FALSTAFF BREWING CORP. ET AL. *v.* LINES. Motions for leave to file briefs of National Association of Credit Men, Rocky Mountain Association of Credit Men, Credit Managers Association of Southern Califor-

nia, and the National Paint, Varnish and Lacquer Association, Inc., as *amici curiae,* denied. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. *Arthur P. Shapro* for petitioners. *Max H. Margolis* for respondent.